IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MATRIARCHAL MOABITE MOTHER, aka<br>RAAJ AMEXEM MOOR RAFA EL | * <br> * <br> * | |
| Plaintiff | * <br> * | |
| v | * <br> * | Civil Action No. ELH-12-1055 |
| MARTIN JOSEPH O'MALLEY, Governor<br>ANTHONY G. BROWN, Lieutenant Governor | * <br> * <br> * | |
| Defendants | *** | |

**MEMORANDUM**

The self-represented plaintiff, a self-identified Moorish National and a "flesh and blood man person," complains that Governor Martin O'Malley is the governor of an artificial legal entity corporation and the state of Maryland violates "all human rights of natural 'flesh and blood' persons on the land." Complaint, ¶¶ 23, 25, 27. Plaintiff's list of allegations related to historical property rights, recent property foreclosures, and references to the arrest of Raaj Rafa El in 2011, are rambling, nearly impossible to discern, and fail to involve either defendant. Plaintiff's motion to proceed in forma pauperis will be granted for the purpose of initial screening of this matter, but the complaint will be dismissed as frivolous.

Prior to service, the Court may preliminarily review the claims and dismiss a complaint pursuant to 28 U.S.C. § 1915(e), if satisfied the complaint lacks a factual or legal basis and it is frivolous on its face. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951 (4th Cir. 1995). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fanciful or delusional scenarios, with which federal district judges are all too familiar." *Neitzke*, 490 U.S. at 328.

  Mindful that plaintiff is self-represented, his allegations have been  liberally construed. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982) (per curiam); *Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Plaintiff's allegations appear to assert that, as a member of the Moorish Nation, he is not subject to the laws and regulations of government.  Even under the liberal standard of construction applicable to self-represented litigants, the complaint clearly has no basis in law and fact, and shall be summarily dismissed as frivolous, without service of process upon defendants.

  A separate Order shall be entered reflecting the opinion set out above.

Date: <u>April 30, 2012</u>        <u>/s/         </u>
                      Ellen L. Hollander
                      United States District Judge